Official Form 417A (12/23)



[Caption as in Form 416A, 416B, or 416D, as appropriate]

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):   Rahul Manchanda, Manchanda Law Office PLLC

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   ☒ Defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   ☒ Debtor
   ☐ Creditor
   ☐ Trustee
   ☐ Other (describe) _____

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:   A short, typically abusive, intellectually and legally bankrupt "Order on Pending Matters" by Judge Sean Lane on 9/17/2024

2. State the date on which the judgment—or the appealable order or decree—was entered:   09/17/2024

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Douglas Senderoff     Attorney:   David Lin
                                             Lewis & Lin LLC
                                             77 Sands Street, 6th Floor
                                             Brooklyn, NY 11201

2. Party: Travelers Insurance, Alison Nathan, Richard Lohier, Joseph Bianco, Naomi Reice Buchwald, Bruce Bronson, Kevis Nixon, Robert Androsiglio, Luis Ricardo Trujillo, Anthony Motta, Dana Walsh Kumar     Attorney:   Unknown

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_[signature]_                                             Date: 09/26/2024

Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):
Rahul Manchanda, Esq.
270 Victory Boulevard
New Rochelle, NY 10804
Tel: (212) 968-8600

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]



```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
```

| | |
|---|---|
| In re: | Chapter 7 |
| RAHUL DEV MANCHANDA, | Case No. 23-22095 (SHL) |
| Debtor. | |

```
-----------------------------------------------------------x
```

| | |
|---|---|
| In re: | Chapter 7 |
| MANCHANDA LAW OFFICE, PLLC, | Case No. 23-11805 (SHL) |
| Debtor. | |

```
-----------------------------------------------------------x
```

| | |
|---|---|
| DOUGLAS M. SENDEROFF, | |
| Plaintiff, | |
| vs. | Adv. Pro. No. 23-07008 (SHL) |
| RAHUL DEV MANCHANDA, | |
| Defendant. | |

```
-----------------------------------------------------------x
```

| | |
|---|---|
| WILLIAM K. HARRINGTON, as United States Trustee for Region 2, | |
| Plaintiff, | |
| vs. | Adv. Pro. No. 24-07009 (SHL) |
| RAHUL DEV MANCHANDA, | |
| Defendant. | |

```
-----------------------------------------------------------x
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | Adv. Pro. No. 24-07010 (SHL) |
| RAHUL DEV MANCHANDA, | |
| Defendant. | |

```
-----------------------------------------------------------x
```

## ORDER ON PENDING MATTERS

Debtor/Defendant Rahul Dev Manchanda (the "Debtor") has filed the following five pleadings in the above-captioned bankruptcy cases and related adversary proceedings (collectively, the "Motions"):



- *Affirmation in Support for Motion to Implead Travelers Insurance Company for Their Employee and of Counsel Dishonestly Program Which Debtor Fully Paid For* [Adv. Pro. No. 23-07008, ECF No. 51];

- *Affirmation In Support of Motion for Contempt of Court Against US Court of Appeals Second Circuit Judge Alison Nathan, Richard Lohier, and Joseph Bianco* [Case No. 23-22095, ECF No. 146; Case No. 23-11805, ECF No. 33];

- *Affirmation in Support of Motion for Contempt of Court Against SDNY Judge Naomi Reice Buchwald* [Case No. 23-22095, ECF No. 147; Case No. 23-11805, ECF No. 34];

- *Affirmation in Support for Motion to Implead Former Bankruptcy Attorney Bruce Bronson* [Adv. Pro. No. 24-07009, ECF No. 15; Adv. Pro. No. 24-07010, ECF No. 25];

- *Affirmation in Support of Motion of Contempt of Court Against Kevis Nixon* [Case No. 23-22095, ECF No. 151; Case No. 23-11805, ECF No. 37].

In response to these pleadings, the Court entered an order scheduling a status conference for the Motions ("Status Conference Order") [Case No. 23-22095, ECF No. 153; Case No. 23-11805, ECF No. 38; Adv. Pro. No. 23-07008, ECF No. 52; Adv. Pro. No. 23-07009, ECF No. 17; Adv. Pro. No. 23-07010, ECF No. 27].

A hearing was held on September 12, 2024, wherein the Court rendered a bench ruling on a variety of matters before the Court, including but not limited to the five Motions. In addition, the Court noted that the Debtor had filed a *Motion for Impleader of Former of Counsel Attorneys Robert Androsiglio, Luis Ricardo Trujillo, and Anthony Motta* (the [Adv. Pro. No. 23-07008, ECF No. 43], which was also addressed at the hearing because it was similar in nature to the five Motions.

For the reasons stated by the Court in its bench ruling on September 12, 2024, including the extensive history of vexatious litigation by Mr. Manchanda, it is therefore

**ORDERED**, the five Motions are stricken from the record as lacking a basis in fact or law; and it is further

**ORDERED,** the *Motion for Impleader of Former of Counsel Attorneys Robert Androsiglio, Luis Ricardo Trujillo, and Anthony Motta* is stricken from the record as lacking a basis in fact or law; and it is further

**ORDERED,** the *Motion to Strike Portions of Debtor Reply Affirmation* filed by Assistant U.S. Attorney Dana Walsh Kumar [Adv. Pro. No. 24-07010, ECF No. 5] is granted for the reasons stated on the record by the Court on September 12, 2024 and because the relevant portions of Debtor's Reply Affirmation contain scandalous, irrelevant and offensive material; and it is further

**ORDERED,** that the Court directs Mr. Manchanda to refrain from filing improper pleadings that contain scandalous or offensive material, or from filing pleadings that lack a basis in fact or law, and advises Mr. Manchanda that filing such pleadings will render him subject to possible sanctions under Rule 9011 of the Federal Rules of Bankruptcy Procedure and 28 U.S.C §1927, up to and including a filing ban; and it is further

**ORDERED,** the Court reserves the right to strike future pleadings in these cases on its own motion without a hearing if such pleadings contain scandalous or offensive material or lack a basis in fact or law.

Dated: White Plains, New York
      September 17, 2024

                              */s/ Sean H. Lane*
                              **UNITED STATES BANKRUPTCY JUDGE**



**COPIES TO:**

**Via ECF and Email:**

Rahul Dev Manchanda, Esq.
270 Victory Blvd.
New Rochelle, NY 10801
info@manchanda-law.com
rdm@manchanda-law.com
*Chapter 7 Debtor*

**Via ECF and Email:**

Marianne T. O'Toole, Esq.
2 Depot Plaza, Suite 2 E
Bedford Hills, NY 10507
trustee@otoolegroup.com
*Chapter 7 Trustee*

**Via ECF and Email:**

Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
sl@lhmlawfirm.com
Chapter 7 Trustee

**Via ECF and Email:**

David D. Lin, Esq.
Michael J. Druckman, Esq.
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
david@iLawco.com
mdruckman@iLawco.com
*Counsel for Douglas Senderoff*

**Via ECF and Email:**

Dana Walsh Kumar, Esq.
86 Chambers Street
Ste Floor 3
New York, NY 10007
dana.walsh.kumar@usdoj.gov
Counsel for the United States of America

4



**Via ECF and Email:**

Greg M. Zipes, Esq.
Alexander Hamilton Custom House
One Bowling Green
Ste 534
New York, NY 10004
greg.zipes@usdoj.gov
Counsel to the United States Trustee for Region 2

**Via ECF and Email:**

H. Bruce Bronson, Esq.
BRONSON LAW OFFICES, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528
hbbronson@bronsonlaw.net

**Via ECF and Email:**

Kevis Nixon
49 Tapscott Street
Apt 2A
Brooklyn NY 11212
kevis1977@gmail.com

**Via ECF and Email:**

Travelers Insurance Company
Attn: Consumer Affairs
One Tower Square,
Hartford, CT 06183

**COPIES TO:**

**Via ECF and Email:**

Rahul Dev Manchanda, Esq.
270 Victory Blvd.
New Rochelle, NY 10801
info@manchanda-law.com
rdm@manchanda-law.com
*Chapter 7 Debtor*

**Via ECF and Email:**

Marianne T. O'Toole, Esq.
2 Depot Plaza, Suite 2 E
Bedford Hills, NY 10507
trustee@otoolegroup.com
*Chapter 7 Trustee*

**Via ECF and Email:**

Salvatore LaMonica, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
sl@lhmlawfirm.com
Chapter 7 Trustee

**Via ECF and Email:**

David D. Lin, Esq.
Michael J. Druckman, Esq.
Lewis & Lin, LLC
77 Sands Street, 6th Floor
Brooklyn, NY 11201
david@iLawco.com
mdruckman@iLawco.com
*Counsel for Douglas Senderoff*

**Via ECF and Email:**

Dana Walsh Kumar, Esq.
86 Chambers Street
Ste Floor 3
New York, NY 10007
dana.walsh.kumar@usdoj.gov
Counsel for the United States of America

**Via ECF and Email:**

Greg M. Zipes, Esq.
Alexander Hamilton Custom House
One Bowling Green
Ste 534
New York, NY 10004
greg.zipes@usdoj.gov
Counsel to the United States Trustee for Region 2

**Via ECF and Email:**

H. Bruce Bronson, Esq.
BRONSON LAW OFFICES, P.C.
480 Mamaroneck Ave.
Harrison, NY 10528
hbbronson@bronsonlaw.net

**Via ECF and Email:**

Kevis Nixon
49 Tapscott Street
Apt 2A
Brooklyn NY 11212
kevis1977@gmail.com

**Via ECF and Email:**

Travelers Insurance Company
Attn: Consumer Affairs
One Tower Square,
Hartford, CT 06183