UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re

RAHUL DEV MANCHANDA,

                              Debtor.

-------------------------------------------------------------------x

RAHUL DEV MANCHANDA and MACHANDA LAW OFFICE PLLC

**ORDER**

                              Appellants,

        – against –

No. 24-CV-8016 (CS)

DOUGLAS SENDEROFF,

                              Appellee.

-------------------------------------------------------------------x

Seibel, J.

      Appellants neither filed a motion for leave to appeal nor filed a letter explaining why Judge Lane's orders of September 17, 2024 are final orders, as ordered by the Court on March 24, 2025, (*see* ECF No. 2). Additionally, Appellants failed to file the Designation of Items to be Included in the Record as required by Federal Rule of Bankruptcy Procedure 8009. Further, no attorney for Appellant Manchanda Law Office PLLC has appeared. Accordingly, this appeal is hereby DISMISSED for failure to prosecute. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

Dated: April 21, 2025
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.